1
2
3
4
5
6
7
8

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JOSEPH RAYMOND LEIVAS,                )   No. C 02-0508 JF (PR)
                                          )
10              Petitioner,               )   ORDER DIRECTING
                                          )   RESPONDENT TO LODGE
11      vs.                               )   ADDITIONAL EXHIBITS
                                          )   WITH THE COURT
12   D.L. RUNNELS, Warden,                )
                                          )
13              Respondent.               )
                                          )
14  _____)

15      Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus

16  pursuant to 28 U.S.C. § 2254.  The Court re-opened the instant case and ordered

17  Respondent to show cause why the second amended petition should not be granted on

18  April 3, 2006.  Respondent filed an answer and supplemental answer addressing the

19  merits, and petitioner has filed a traverse.  In reviewing Respondent's supplemental

20  answer, the Court does not have the following pages from the Reporter's Transcript

21  ("RT") cited by Respondent in its brief: RT 148; RT 1174-75; RT 52, 752-53.  See Resp.

22  Suppl. Answer at 5, 6, and 7.  The Court directs Respondent to lodge the corresponding

23  volumes of the Reporter's Transcript including the pages set forth above, and serve a

24  copy on Petitioner, **within ten days** of the date of this order, so the Court may review the

25  complete record and issue a decision on the merits of the petition.

26      IT IS SO ORDERED.

27  DATED: _7/16/07_                           _____
                                               JEREMY FOGEL
28                                             United States District Judge

1   A copy of this ruling was mailed to the following:

2

3   Joseph Raymond Leivas
    C-62526
    CSP - Corcoran
4   P.O. Box 3461
    Corcoran, CA  93212-3461

5

6   Pamela K. Critchfield
    California Attorney General's Office
7   455 Golden Gate Avenue, Suite 11000
    San Francisco CA  94102-7004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Directing Respondent to Lodge Additional Exhibits with the Court
P:\pro-se\sj.jf\hc.02\Leivas508exhibit                        2