**E-filed 8/1/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH RAYMOND LEIVAS, | ) | No. C 02-0508 JF (PR) |
| Petitioner, | ) | ORDER REQUIRING RESPONDENT TO FILE SUPPLEMENTAL RESPONSE |
| vs. | ) | |
| D. L. RUNNELS, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In response to the Court's April 3, 2006 Order to Show Cause, Respondent filed a Supplemental Answer and Memorandum of Points and Authorities, and Petitioner filed a Traverse that included the declaration of state court trial counsel Gerald Villarreal. As Respondent has not had an opportunity to address this new evidence presented in the Traverse, and good cause appearing, Respondent shall file a supplemental response to the Traverse in order to address Mr. Villarreal's declaration. Respondent's brief shall not exceed five (5) pages and shall be filed **on or before Wednesday, August 22, 2007**.

IT IS SO ORDERED.

DATED: __7/31/07_____

_____
JEREMY FOGEL
United States District Judge

Order Requiring Respondent to File Supplemental Response
P:\pro-se\sj.jf\hc.02\Leivas508addlresp                1

A copy of this order was mailed to the following:

Joseph Raymond Leivas
C-62526
CSP - Corcoran
P.O. Box 3461
Corcoran, CA  93212-3461

Pamela K. Critchfield
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco CA  94102-7004

Order Requiring Respondent to File Supplemental Response
P:\pro-se\sj.jf\hc.02\Leivas508addlresp          2