IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSEPH RAYMOND LEIVAS,**<br><br>    Petitioner,<br><br>v.<br><br>**D. L. RUNNELS, Warden,**<br><br>    Respondent. | C 02-0508 JF (PR)<br><br>**[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE SUPPLEMENTAL RESPONSE** |

IT IS HEREBY ORDERED that the time within which respondent is to file a supplemental response to this Court's order of August 1, 2007, will be extended to September 21, 2007.

Dated:   8/27/07

_____
JEREMY FOGEL
United States District Judge

SF2004FH0082
20099903.wpd

[Proposed] Order - C 02-0508 JF (PR)

1